1  Christine K. Noma (Bar No. 104751)
   Greggory C. Brandt (Bar No. 189487)
2  **WENDEL, ROSEN, BLACK & DEAN, LLP**
   1111 Broadway, 24th Floor
3  Oakland, CA  94607-4036
   Telephone:  (510) 834-6600
4  Fax:  (510) 834-1928

5  Attorneys for Plaintiff
   THE CITY OF OAKLAND, a municipal
6  corporation, acting by and through its Board of Port
   Commissioners

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| | |
|---|---|
| THE CITY OF OAKLAND, a municipal corporation, acting by and through its Board of Port Commissioners,<br><br>Plaintiff,<br><br>vs.<br><br>MARDECO, INC., a California Corporation; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; T.P. HOGAN, individually and dba T.P. HOGAN LUMBER COMPANY; TILDEN LUMBER COMPANY; OAKLAND VILLAGE CORPORATION; SPECIALTY RESTAURANTS CORPORATION; CLYDE R. GIBB; DOES 2-50, inclusive,<br><br>Defendants. | Case No.  C 02 0702 MMC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RESCHEDULING JULY 1, 2005 CASE MANAGEMENT CONFERENCE<br><br>Date:      July 1, 2005<br>Time:     10:30 a.m.<br>Judge:    Maxine M. Chesney |
| AND RELATED CROSS-ACTIONS. | |

   WHEREAS, the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (the "Port") represents that it has reached separate settlement agreements with Clyde Gibb and Mardeco, Inc.  The Port also represents that it is in the process of obtaining approval of such settlement agreements from the Board of Port Commissioners,

1  following a public hearing, which it expects to complete by the end of July 2005.

2  WHEREAS, Clyde Gibb and Mardeco, Inc. represent that they have executed their
3  respective settlement agreements with the Port.

4  WHEREAS, the Port, Union Pacific Railroad Company ("UP") and the County of
5  Alameda ("County") represent that they have agreed to all terms of a written settlement
6  agreement and that they are in the process of obtaining the necessary signatures on their
7  settlement agreement. The Port and the County also represent that they need to obtain approvals
8  from the Board of Port Commissioners and the Board of Supervisors, respectively, which the Port
9  and the County anticipate will be completed by the end of July 2005.

10  WHEREAS, following execution and approval of all settlement agreements, the parties
11  plan to request a determination from this court that the various settlements were made in good
12  faith and that claims for contribution are barred, which the parties anticipate will be accomplished
13  by motion or by submitting a stipulation and proposed order.

14  NOW, THEREFORE, the undersigned parties hereby request that the court postpone the
15  case management conference in this matter until Friday, October 7, 2005, at 10:30 a.m. to allow
16  them to execute and obtain the necessary approvals for the settlement agreements and to prepare
17  and file motions and/or stipulations for a determination that the various settlements were made in
18  good faith.

19  Dated: June 20, 2005

WENDEL, ROSEN, BLACK & DEAN, LLP

By: _____
Christine K. Noma
Greggory C. Brandt
Attorneys for Plaintiff and Counter-
Defendant THE CITY OF OAKLAND, a
municipal corporation, acting by and
through its Board of Port Commissioners

*STIPULATION AND PROPOSED ORDER*
*RESCHEDULING CASE MANAGEMENT CONFERENCE*    - 2 -
*Case No. C 02 0702 MMC*

007137.0087\740271.1

| | | |
|---|---|---|
| 1 | Dated: June 16, 2005 | MILLER, STARR & REGALIA |
| 2 | | |
| 3 | | By: /s/ Mark A. Cameron |
| 4 | | Attorneys for Defendant CLYDE GIBB |
| 5 | | |
| 6 | Dated: June ___, 2005 | HOLME ROBERTS & OWEN LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Kenneth W. Lund<br>Attorneys for Defendant, Counter-Claimant and Third Party Plaintiff UNION PACIFIC RAILROAD COMPANY |
| 10 | | |
| 11 | Dated: June ___, 2005 | WALSWORTH, FRANKLIN, BEVINS & MCCALL |
| 12 | | |
| 13 | | |
| 14 | | By: _____ |
| 15 | | Randall J. Lee<br>Attorneys for Defendant MARDECO, INC. |
| 16 | | |
| 17 | Dated: June ___, 2005 | BACALSKI, KOSKA & OTTOSON |
| 18 | | |
| 19 | | By: _____ |
| 20 | | Marie A. La Sala<br>Attorneys for Third Party Defendant COUNTY OF ALAMEDA |
| 21 | | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | | |

007137.0087\740271.1
4/7/05

C:\Documents and Settings\mae\Local Settings\Temporary Internet Files\OLKE\740271_1.DOC STIPULATION AND PROPOSED ORDER RESCHEDULING CASE MANAGEMENT

- 3 -

Wendel, Rosen, Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

| | |
|---|---|
| Dated: June ___, 2005 | MILLER, STARR & REGALIA |
| | By:_____<br>Mark A. Cameron<br>Attorneys for Defendant<br>CLYDE GIBB |
| Dated: June 20, 2005 | HOLME ROBERTS & OWEN LLP |
| | By: */s/ Kenneth W. Lund*<br>Kenneth W. Lund<br>Attorneys for Defendant, Counter-Claimant and Third Party Plaintiff UNION PACIFIC RAILROAD COMPANY |
| Dated: June ___, 2005 | WALSWORTH, FRANKLIN, BEVINS & MCCALL |
| | By:_____<br>Randall J. Lee<br>Attorneys for Defendant<br>MARDECO, INC. |
| Dated: June ___, 2005 | BACALSKI, KOSKA & OTTOSON |
| | By:_____<br>Marie A. La Sala<br>Attorneys for Third Party Defendant<br>COUNTY OF ALAMEDA |

///
///
///
///
///
///

*STIPULATION AND PROPOSED ORDER*
*RESCHEDULING CASE MANAGEMENT CONFERENCE*    - 3 -
*Case No. C 02 0702 MMC*

1  Dated: June ___, 2005                MILLER, STARR & REGALIA

2

3                                        By:_____
                                            Mark A. Cameron
4                                           Attorneys for Defendant
                                            CLYDE GIBB
5

6  Dated: June ___, 2005                HOLME ROBERTS & OWEN LLP

7

8                                        By:_____
                                            Kenneth W. Lund
9                                           Attorneys for Defendant, Counter-Claimant
                                            and Third Party Plaintiff UNION PACIFIC
10                                          RAILROAD COMPANY

11 Dated: June _17_, 2005               WALSWORTH, FRANKLIN, BEVINS &
                                        MCCALL
12

13

14                                       By:_____
                                            Randall J. Lee
15                                          Attorneys for Defendant
                                            MARDECO, INC.
16

17 Dated: June ___, 2005                BACALSKI, KOSKA & OTTOSON

18

19                                       By:_____
                                            Marie A. La Sala
20                                          Attorneys for Third Party Defendant
                                            COUNTY OF ALAMEDA
21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

*STIPULATION AND PROPOSED ORDER*
*RESCHEDULING CASE MANAGEMENT CONFERENCE*       - 3 -
*Case No. C 02 0702 MMC*

007137.0087\740271.1
4/7/05

Wendel, Rosen, Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

| | |
|---|---|
| Dated: June ___, 2005 | MILLER, STARR & REGALIA |
| | By:_____ |
| | Mark A. Cameron |
| | Attorneys for Defendant |
| | CLYDE GIBB |
| Dated: June ___, 2005 | HOLME ROBERTS & OWEN LLP |
| | By:_____ |
| | Kenneth W. Lund |
| | Attorneys for Defendant, Counter-Claimant and Third Party Plaintiff UNION PACIFIC RAILROAD COMPANY |
| Dated: June ___, 2005 | WALSWORTH, FRANKLIN, BEVINS & MCCALL |
| | By:_____ |
| | Randall J. Lee |
| | Attorneys for Defendant |
| | MARDECO, INC. |
| Dated: June 17, 2005 | BACALSKI, KOSKA & OTTOSON |
| | By: /s/ Marie A. La Sala |
| | Marie A. La Sala |
| | Attorneys for Third Party Defendant |
| | COUNTY OF ALAMEDA |

///
///
///
///
///
///

*STIPULATION AND PROPOSED ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE* — 3 —
Case No. C 02 0702 MMC

Wendel, Rosen, Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

007137 0087\740271 1
4/7/05

**ORDER**

IT IS HEREBY ORDERED that the case management conference currently on calendar for Friday, July 1, 2005 will be vacated and rescheduled for Friday, October ~~7~~ 14, 2005 at 10:30 a.m. in Courtroom 7. If dismissals with regard to all remaining parties have not been filed on or before Friday, ~~September~~ October 7 ~~3~~0, 2005, then the remaining parties are to submit a joint case management conference statement by that date.

Dated: June 24, 2005       /s/ Maxine M. Chesney
                          Maxine M. Chesney, U.S. District Court Judge

Wendel, Rosen, Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

007137.0087\740271.1

*STIPULATION AND PROPOSED ORDER*
*RESCHEDULING CASE MANAGEMENT CONFERENCE*      - 4 -
*Case No. C 02 0702 MMC*