IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>        Plaintiff,<br><br>  v.<br><br>MARDECO, INC., et al.,<br><br>        Defendants<br><br>AND RELATED CROSS-ACTIONS      / | No. C-02-0702 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CLAIMS AGAINST DEFENDANTS T.P. HOGAN AND TILDEN LUMBER CO. SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

      A review of the docket in the above-titled action indicates that plaintiff, on August 29, 2002, served defendants T. P. Hogan ("Hogan") and Tilden Lumber Company ("Tilden") with the summons and First Amended Complaint.[1]  After such service was accomplished, plaintiff, on January 2, 2003, filed its Second Amended Complaint ("SAC").  The docket, however, does not indicate that plaintiff has ever served the SAC on Hogan or Tilden.

      Accordingly, the Court hereby ORDERS plaintiff to show cause, in writing and no later than July 15, 2005, why its claims against Hogan and Tilden should not be dismissed for failure to prosecute.

      **IT IS SO ORDERED.**

Dated:  June 24, 2005                                     /s/ Maxine M. Chesney
                                                                  MAXINE M. CHESNEY
                                                                  United States District Judge

---

[1] Service on both defendants was accomplished by serving the Secretary of State, pursuant to the Court's order of August 13, 2002.