| | |
|---|---|
| 1 | MARIE A LA SALA, ESQ (SBN 144865) |
| 2 | BACALSKI, KOSKA & OTTOSON<br>402 West Broadway, 24th Floor |
| 3 | P.O. Box 120270<br>San Diego, California  92101-0270 |
|   | Tel:  (619) 239-4340   Fax: (619) 239-0116 |
| 4 | |
| 5 | RICHARD E. WINNIE [SBN: 68048]<br>County Counsel |
| 6 | Office of the County Counsel, County of Alameda<br>1221 Oak Street, Suite 450 |
| 7 | Oakland, California 94612-4296<br>Tel:  (510) 272-6700 |
| 8 | Attorneys for Third-Party Defendant<br>COUNTY OF ALAMEDA |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF OAKLAND, a municipal corporation, acting by and through its Board of Port Commissioners, | No. C 02 0702 ~~EDL~~  MMC |
| Plaintiff, | THIRD-PARTY DEFENDANT COUNTY OF ALAMEDA'S WITHDRAWAL OF MOTION FOR ORDER APPROVING SETTLEMENT AND REQUEST TO RETRACT MOTION AND ALL SUPPORTING DOCUMENTS FROM COURT'S FILES; ORDER THEREON |
| v. | |
| MARDECO, INC. a California Corporation; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; T.P. HOGAN LUMBER COMPANY; OAKLAND VILLAGE CORPORATION; SPECIALTY RESTAURANTS CORPORATION; CLYDE R. GIBB; DOES 2-25, inclusive, | |
| | Dept.:          Courtroom 7, 19th Floor<br>Judge:         Maxine M. Chesney<br>Trial Date:    None set<br>Complaint Filed: 02/08/02 |
| Defendants. | |
| UNION PACIFIC RAILROAD COMPANY, | |
| Third-Party Plaintiff, | |
| v. | |
| COUNTY OF ALAMEDA, | |
| Third-Party Defendant | |

1  On September 23, 2005, Third Party Defendant and County of Alameda County (the "County") electronically filed a Notice of Motion and Motion For Order Approving Settlement and Barring Contribution against the County ("the Motion").  Plaintiff, the City of Oakland (the "Port") has raised certain objections to the County's inclusion and reliance of Exhibit A, as attached to the Motion.

The Port's objections being well taken, the County hereby withdraws the Motion filed on September 23, 2005, and respectfully requests that the Motion and all exhibits thereto be retracted from the Court's files.

Dated: September 27, 2005

Respectfully submitted,

By: _____
Marie A. LaSala, Esq.
Attorney for Third-Party Defendant,
County of Alameda

Dated: September 28, 2005

*IT IS SO ORDERED*
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-
3rd PARTY DEFENDANT COUNTY OF ALAMEDA'S WITHDRAWAL OF MOTION FOR ORDER APPROVING SETTLEMENT AND BARRING CONTRIBUTION CLAIMS