Christine K. Noma (Bar No. 104751)
Greggory C. Brandt (Bar No. 189487)
**WENDEL, ROSEN, BLACK & DEAN, LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Plaintiff
THE CITY OF OAKLAND, a municipal
corporation, acting by and through its Board of Port
Commissioners

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF OAKLAND, a municipal corporation, acting by and through its Board of Port Commissioners,<br><br>Plaintiff,<br><br>vs.<br><br>MARDECO, INC., a California Corporation; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; T.P. HOGAN, individually and dba T.P. HOGAN LUMBER COMPANY; TILDEN LUMBER COMPANY; OAKLAND VILLAGE CORPORATION; SPECIALTY RESTAURANTS CORPORATION; CLYDE R. GIBB; DOES 2-50, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. C 02 0702 MMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RESCHEDULING ~~JULY 1, 2005~~ CASE MANAGEMENT CONFERENCE**<br><br>Date:  October 14, 2005<br>Time:  10:30 a.m.<br>Judge:  Maxine M. Chesney |

WHEREAS, the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (the "Port") represents that it has reached separate settlement agreements with Clyde Gibb and Mardeco, Inc.

1  WHEREAS, the Port represents that it has reached a settlement agreement with the
2  County of Alameda ("County") and Union Pacific Railroad Company ("UP").

3  WHEREAS, all parties to this stipulation represent that they have obtained all necessary
4  signatures on the settlement agreement(s) for which they are a party.

5  WHEREAS, various parties have filed a motion or plan to file a motion for a
6  determination from this court that the relevant settlements were made in good faith and that future
7  claims for contribution are barred.

8  WHEREAS, the County filed such a motion, which will be heard on November 4, 2005.

9  WHEREAS, Clyde Gibb represents that his motion for an order approving his settlement
10 with the Port and barring contribution claims will be filed with the court and served on all parties
11 not later than October 14, 2005.

12 WHEREAS, Mardeco, Inc. represents that its motion for an order approving its settlement
13 with the Port and barring contribution claims will be filed with the court and served on all parties
14 not later than October 14, 2005.

15 WHEREAS, UP represents that its motion for an order approving its settlement with the
16 Port and the County and barring contribution claims will be filed with the court and served on all
17 parties not later than October 17, 2005.

18 NOW, THEREFORE, the undersigned parties hereby request that the court postpone the
19 case management conference in this matter until Friday, January 20, 2006, at 10:30 a.m. to allow
20 them to proceed with the various motions for a determination that the various settlements were
21 made in good faith and to prepare and file appropriate dismissals.

22 Dated: October 7, 2005                    WENDEL, ROSEN, BLACK & DEAN, LLP

By: _____
Christine K. Noma
Greggory C. Brandt
Attorneys for Plaintiff and Counter-
Defendant THE CITY OF OAKLAND, a
municipal corporation, acting by and
through its Board of Port Commissioners

*STIPULATION AND PROPOSED ORDER*
*RESCHEDULING CASE MANAGEMENT CONFERENCE*      - 2 -
*Case No. C 02 0702 MMC*

007137.0087\757298.1

Wendel, Rosen, Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

| | | |
|---|---|---|
| 1 | Dated: October 7, 2005 | MILLER, STARR & REGALIA |
| 2 | | |
| 3 | | By: /s/ Mark A. Cameron |
| 4 | | Attorneys for Defendant |
| 5 | | CLYDE GIBB |
| 6 | Dated: October ___, 2005 | HOLME ROBERTS & OWEN LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Kenneth W. Lund |
| | | Attorneys for Defendant, Counter-Claimant and Third Party Plaintiff UNION PACIFIC |
| 10 | | RAILROAD COMPANY |
| 11 | Dated: October ___, 2005 | WALSWORTH, FRANKLIN, BEVINS & MCCALL |
| 12 | | |
| 13 | | |
| 14 | | By: _____ |
| | | Randall J. Lee |
| 15 | | Attorneys for Defendant |
| | | MARDECO, INC. |
| 16 | | |
| 17 | Dated: October ___, 2005 | BACALSKI, KOSKA & OTTOSON |
| 18 | | |
| 19 | | By: _____ |
| | | Marie A. La Sala |
| 20 | | Attorneys for Third Party Defendant |
| | | COUNTY OF ALAMEDA |
| 21 | | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | | |

007137.0067\737296.1
10/3/05

C:\Documents and Settings\mac\Local Settings\Temporary Internet Files\OLKE\737296_1.DOC STIPULATION AND PROPOSED ORDER RESCHEDULING CASE MANAGEMENT

- 3 -

| | | |
|---|---|---|
| 1 | Dated: October ___, 2005 | MILLER, STARR & REGALIA |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Mark A. Cameron<br>Attorneys for Defendant |
| 5 | | CLYDE GIBB |
| 6 | Dated: October 7, 2005 | HOLME ROBERTS & OWEN LLP |
| 7 | | |
| 8 | | By: *[signature]* |
| 9 | | Kenneth W. Lund<br>Attorneys for Defendant, Counter-Claimant |
| 10 | | and Third Party Plaintiff UNION PACIFIC<br>RAILROAD COMPANY |
| 11 | Dated: October ___, 2005 | WALSWORTH, FRANKLIN, BEVINS & |
| 12 | | MCCALL |
| 13 | | |
| 14 | | By:_____ |
| 15 | | Randall J. Lee<br>Attorneys for Defendant |
| 16 | | MARDECO, INC. |
| 17 | Dated: October ___, 2005 | BACALSKI, KOSKA & OTTOSON |
| 18 | | |
| 19 | | By:_____ |
| 20 | | Marie A. La Sala<br>Attorneys for Third Party Defendant |
| 21 | | COUNTY OF ALAMEDA |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | | |

*STIPULATION AND PROPOSED ORDER*
*RESCHEDULING CASE MANAGEMENT CONFERENCE*       - 3 -
*Case No. C 02 0702 MMC*

| | | |
|---|---|---|
| 1 | Dated: October ___, 2005 | MILLER, STARR & REGALIA |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Mark A. Cameron<br>Attorneys for Defendant |
| 5 | | CLYDE GIBB |
| 6 | Dated: October ___, 2005 | HOLME ROBERTS & OWEN LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Kenneth W. Lund<br>Attorneys for Defendant, Counter-Claimant |
| 10 | | and Third Party Plaintiff UNION PACIFIC<br>RAILROAD COMPANY |
| 11 | Dated: October 7, 2005 | WALSWORTH, FRANKLIN, BEVINS & |
| 12 | | MCCALL |
| 13 | | |
| 14 | | By: *[signature: Christi M. Gotwald]* |
| 15 | | Randall J. Lee<br>Attorneys for Defendant |
| 16 | | MARDECO, INC. |
| 17 | Dated: October ___, 2005 | BACALSKI, KOSKA & OTTOSON |
| 18 | | |
| 19 | | By: _____ |
| 20 | | Marie A. La Sala<br>Attorneys for Third Party Defendant |
| 21 | | COUNTY OF ALAMEDA |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | | |

*Wendel, Rosen, Black & Dean, LLP*
*1111 Broadway, 24th Floor*
*Oakland, CA 94607-4036*

007137.0007/57296.1
10/3/05

*STIPULATION AND PROPOSED ORDER*
*RESCHEDULING CASE MANAGEMENT CONFERENCE* - 3 -
*Case No. C 02 0702 MMC*

| | | |
|---|---|---|
| 1 | Dated: October ___, 2005 | MILLER, STARR & REGALIA |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Mark A. Cameron<br>Attorneys for Defendant<br>CLYDE GIBB |
| 5 | | |
| 6 | Dated: October ___, 2005 | HOLME ROBERTS & OWEN LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Kenneth W. Lund<br>Attorneys for Defendant, Counter-Claimant and Third Party Plaintiff UNION PACIFIC RAILROAD COMPANY |
| 10 | | |
| 11 | Dated: October ___, 2005 | WALSWORTH, FRANKLIN, BEVINS & MCCALL |
| 12 | | |
| 13 | | |
| 14 | | By: _____ |
| 15 | | Randall J. Lee<br>Attorneys for Defendant<br>MARDECO, INC. |
| 16 | | |
| 17 | Dated: October 7, 2005 | BACALSKI, KOSKA & OTTOSON |
| 18 | | |
| 19 | | By: /s/ Marie A. LaSala |
| 20 | | Marie A. LaSala<br>Attorneys for Third Party Defendant<br>COUNTY OF ALAMEDA |
| 21 | | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | | |

Wendel, Rosen, Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

007137.0087\757298.1
10/3/05

STIPULATION AND PROPOSED ORDER
RESCHEDULING CASE MANAGEMENT CONFERENCE       - 3 -
Case No. C 02 0702 MMC

## ORDER

IT IS HEREBY ORDERED that the case management conference currently on calendar for Friday, October 14, 2005 will be vacated and rescheduled for Friday, January 20, 2006 at 10:30 a.m. in Courtroom 7. If dismissals with regard to all remaining parties have not been filed on or before Friday, January 13, 2006, then the remaining parties are to submit a joint case management conference statement by that date.

Dated: October 12, 2005

_____
Maxine M. Chesney, U.S. District Court Judge

*STIPULATION AND PROPOSED ORDER*
*RESCHEDULING CASE MANAGEMENT CONFERENCE*  - 4 -
*Case No. C 02 0702 MMC*

007137.0087\757298.1

Wendel, Rosen, Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036