**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>      Plaintiff,<br>  v.<br><br>MARDECO, INC., et al.,<br><br>      Defendants<br><br>AND RELATED CROSS-ACTIONS<br>                                 / | No. C-02-0702 MMC<br><br>**ORDER DIRECTING THIRD PARTY DEFENDANT COUNTY OF ALAMEDA TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

        On September 28, 2005, third-party defendant County of Oakland ("County") electronically filed its notice of motion and motion to approve a settlement.  On September 30, 2005, County electronically filed an amended notice of motion.  County has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  <u>See</u> General Order 45 § VII.G; <u>see</u> also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

        County is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced

documents. County is hereby advised that if it fails in the future to comply with the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 12, 2005

MAXINE M. CHESNEY
United States District Judge