1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF OAKLAND, a municipal corporation, acting by and through its Board of Port Commissioners,<br><br>          Plaintiff,<br>v.<br><br>MARDECO, INC. a California Corporation; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; T.P. HOGAN LUMBER COMPANY; OAKLAND VILLAGE CORPORATION; SPECIALTY RESTAURANTS CORPORATION; CLYDE R. GIBB; DOES 2-25, inclusive,<br><br>          Defendants.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>          Third-Party Plaintiff,<br>v.<br><br>COUNTY OF ALAMEDA,<br><br>          Third-Party Defendant | No. C 02 0702 ~~EDL~~ MMC<br><br>**ORDER** GRANTING COUNTY OF ALAMEDA'S MOTION FOR ORDER APPROVING SETTLEMENT; VACATING HEARING |

ORDER APPROVING SETTLEMENT AND BARRING CONTRIBUTION CLAIMS

1 | Now before the Court is Third-Party Defendant County of Alameda's motion for an order
2 | approving settlement and barring contribution against this settling defendant. There being no opposition
3 | filed by any other party in this action, and the settlement between the County of Alameda, the City of
4 | Oakland, and Union Pacific Railroad Company being fair and consistent with the objectives of
5 | CERCLA, the Court hereby GRANTS Third-Party Defendant County of Alameda's motion.
6 | **IT IS SO ORDERED.** The November 4, 2005 hearing is vacated.

8 | Dated: October 31, 2005

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE