RANDALL J. LEE, State Bar No. 144220
JASON H. HOFFMAN, State Bar No. 227230
WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
550 Montgomery Street, Eighth Floor
San Francisco, California 94111-2534
Telephone:   (415) 781-7072
Facsimile:    (415) 391-6258

Attorneys for Defendant
MARDECO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a municipal corporation, acting by and through its Board of Commissioners, | Case No. C020702 MMC |
| Plaintiff, | Dept.: Courtroom 7<br>Judge: Hon. Maxine M. Chesney |
| vs. | **ORDER GRANTING DEFENDANT'S MOTION FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS FOR CONTRIBUTION AGAINST SETTLING DEFENDANT** |
| MAREDCO, INC., a California Corporation; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; T.P. HOGAN LUMBER COMPANY; TILDEN LUMBER COMPANY; OAKLAND VILLAGE CORPORATION; SPECIALTY RESTAURANTS CORPORATION; CLYDE R. GIBB, DOES 2-50, inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

That Motion for Order Approving Settlement and Barring Contribution Claims Against Settling Defendant ("Motion") filed by defendant Mardeco, Inc., came regularly before this Court.

Having considered the papers and evidence submitted by the parties, and there being no opposition filed, the court finds that the Settlement Agreement and Mutual Release by and between the City of Oakland and Mardeco, Inc. is procedurally fair, substantively fair, consistent with the objectives of CERCLA to encourage cleanup and settlement, and in good faith pursuant to

California Code of Civil Procedure section 877.6. Substantial evidence establishes that the Settlement Agreement was negotiated in an arm's length manner, without collusion, based on conflicting claims of liability and affirmative defenses. The settlement sum paid is within the ballpark of reasonable settlement amounts.

IT IS ORDERED:

1. Any and all past claims by alleged joint tortfeasors or potentially responsible parties seeking contribution and /or equitable indemnity, however denominated, arising under federal or state law concerning matters relating to this Action and released in the Settlement Agreement, are hereby barred and dismissed with prejudice to the extent alleged against Mardeco, Inc., or any other releases identified in the Settlement Agreement.

2. Any and all future claims by alleged joint tortfeasors or potentially responsible parties seeking contribution and/or equitable indemnity, however denominated, arising under federal or state law and concerning matters relating to this Action and released in the Settlement Agreement, are barred to the extent alleged against Mardeco, Inc., or any other releases identified in the Settlement Agreement.

Dated: November 18, 2005 _____ By: _____
U.S. DISTRICT COURT JUDGE