Michael L. Whitcomb (CA State Bar No. 86744)
Robert C. Bylsma (CA State Bar No. 148883)
UNION PACIFIC RAILROAD COMPANY
LAW DEPARTMENT
10031 Foothills Boulevard, Suite. 200
Roseville, CA 95747-7101
Telephone:   (916) 789-6400

Kenneth W. Lund (Admitted *Pro Hac Vice*)
Michelle Younkin (CA State Bar No. 215246)
HOLME ROBERTS & OWEN LLP
One Maritime Plaza, Suite 2400A
San Francisco, CA  94111-3404
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999

Attorneys for Defendant and Third-Party Plaintiff
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF OAKLAND, a municipal corporation, acting by and through its Board of Port Commissioners,<br><br>          Plaintiff,<br><br>vs.<br><br>MARDECO, INC., a California Corporation; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; T.P. HOGAN, individually and d/b/a T.P. HOGAN LUMBER COMPANY; TILDEN LUMBER COMPANY; OAKLAND VILLAGE CORPORATION; SPECIALTY RESTAURANTS CORPORATION; CLYDE R. GIBB; DOES 2-50, inclusive,<br><br>          Defendants. | Case No.: C 02 0702 MMC<br><br>ORDER GRANTING DEFENDANT AND THIRD PARTY PLAINTIFF UNION PACIFIC RAILROAD COMPANY'S MOTION FOR ORDER APPROVING SETTLEMENT<br><br>Department:   7, 19th Floor<br>Judge:          Hon. Maxine M. Chesney<br>Complaint Filed: February 8, 2002<br>Trial Date:     None set |

1

[PROPOSED] ORDER APPROVING SETTLEMENT
*City of Oakland v. Mardeco, Inc., Union Pacific Railroad Company, et al., Case No. C 02 0702 MMC*
#13711 v1

1  UNION PACIFIC RAILROAD COMPANY,
2
3              Counter-Claimant,
4  vs.
5  CITY OF OAKLAND,
6
              Counter-Defendant.
7  UNION PACIFIC RAILROAD COMPANY,
8
9              Third-Party Plaintiff,
10 vs.
11 COUNTY OF ALAMEDA,
12
              Third-Party Defendant.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[PROPOSED] ORDER APPROVING SETTLEMENT
*City of Oakland v. Mardeco, Inc., Union Pacific Railroad Company, et al., Case No. C 02 0702 MMC*
#13711 v1

1    Defendant and third-party plaintiff Union Pacific Railroad Company's motion for an order approving settlement by and among itself, plaintiff the City of Oakland and third-party defendant the County of Alameda (the "Settlement") and barring all further contribution claims against Union Pacific Railroad, including those of the parties to this action and Jack London Square Partners, LLC, came on regularly before this Court.

After consideration of the briefs of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Union Pacific Railroad Company's motion for an order approving the Settlement and barring all further contribution claims against Union Pacific Railroad, including those of the parties to this action and Jack London Square Partners, LLC is GRANTED.

Dated: November 18, 2005

_____
Honorable Maxine M. Chesney
United States District Court Judge

---

[PROPOSED] ORDER APPROVING SETTLEMENT
*City of Oakland v. Mardeco, Inc., Union Pacific Railroad Company, et al., Case No. C 02 0702 MMC*
#13711 v1