MARK A. CAMERON (Bar No. 100449)
DANA C. TSUBOTA (Bar No. 220992)
MILLER, STARR & REGALIA
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Post Office Box 8177
Walnut Creek, California  94596
Telephone:     (925) 935-9400

Attorneys for Defendant
CLYDE R. GIBB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF OAKLAND, a municipal corporation, acting by and through its Board of Port Commissioners,<br><br>Plaintiff,<br><br>v.<br><br>MARDECO, INC., a California Corporation; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; T.P. HOGAN, individually and dba T.P. HOGAN LUMBER COMPANY; TILDEN LUMBER COMPANY; OAKLAND VILLAGE CORPORATION; SPECIALTY RESTAURANTS CORPORATION; CLYDE R. GIBB; DOES 2-50, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | No. C020702 MMC<br><br>[~~PROPOSED~~]<br>ORDER GRANTING DEFENDANT CLYDE R. GIBB'S MOTION FOR ORDER APPROVING SETTLEMENTS AND BARRING CLAIMS FOR CONTRIBUTION AGAINST SETTLING DEFENDANTS |

That Motion for Order Approving Settlements and Barring Contribution Claims Against Settling Defendants ("Motion") initially filed by defendant Clyde R. Gibb came on regularly ~~for before hearing in~~ this Court ~~on December 2, 2004.  Christine K. Noma of Wendel Rosen Black & Dean LLP appeared on behalf of Plaintiff the City of Oakland, acting by and through its Board of Port Commissioners (the "Port").  Mark A. Cameron of Miller, Starr & Regalia appeared on behalf of~~

1  ~~settling defendant Clyde R. Gibb ("Gibb"). Randall Lee appeared as counsel for settling~~

2  ~~defendant Mardeco, Inc., a dissolved corporation.~~

3  Having considered the papers and evidence submitted by the parties ~~and the arguments of~~

4  ~~counsel,~~ and there being no opposition filed, the Court finds that ~~both~~ the written Settlement

5  Agreement and Mutual Release by and between the City of Oakland and Clyde R. Gibb, ~~and the~~

6  ~~written Settlement Agreement and Mutual Release by and between the City of Oakland and~~

7  ~~Mardeco, Inc.~~ (hereinafter ~~collectively referred to as~~ the "Settlement Agreement~~s~~"), ~~are~~ is

8  procedurally fair, substantively fair, consistent with the objectives of CERCLA to encourage

9  cleanup and settlements, and in good faith pursuant to California Code of Civil Procedure section

10 877.6. Substantial evidence establishes that ~~both~~ the Settlement Agreement~~s~~ ~~were~~ was negotiated in an

11 arm's length manner, without collusion, based on conflicting claims of liability and affirmative

12 defenses. The settlement sums paid are within the ballpark of reasonable settlement amounts.

13 THERFOR, IT IS HEREBY ORDERED:

14 1. Any and all past claims by alleged joint tortfeasors or potentially responsible

15 parties seeking contribution and/or equitable indemnity, however denominated, arising under

16 federal or state law concerning matters related to this Action and released in the Settlement

17 Agreements, are hereby barred and dismissed with prejudice to the extent alleged against Clyde

18 R. Gibb, ~~Mardeco, Inc.,~~ or any releasees identified in the Settlement Agreement~~s~~.

19 2. Any and all future claims by alleged joint tortfeasors or potentially responsible

20 parties seeking contribution and/or equitable indemnity, however denominated, arising under

21 federal or state law and concerning matters related to this Action and released in the Settlement

22 Agreement~~s~~, are hereby barred to the extent alleged against Clyde R. Gibb, ~~Mardeco, Inc.,~~ or any

23 releasees identified in the Settlement Agreement~~s~~.

25 Dated: November 18, 2005

*[signature]*
U.S. DISTRICT COURT JUDGE