Christine K. Noma (Bar No. 104751)
Greggory C. Brandt (Bar No. 189487)
**WENDEL, ROSEN, BLACK & DEAN, LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Plaintiff
THE CITY OF OAKLAND, a municipal
corporation, acting by and through its Board of Port
Commissioners

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF OAKLAND, a municipal corporation, acting by and through its Board of Port Commissioners,<br><br>Plaintiff,<br><br>vs.<br><br>MARDECO, INC., a California Corporation; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; T.P. HOGAN, individually and dba T.P. HOGAN LUMBER COMPANY; TILDEN LUMBER COMPANY; OAKLAND VILLAGE CORPORATION; SPECIALTY RESTAURANTS CORPORATION; CLYDE R. GIBB; DOES 2-50, inclusive,<br><br>Defendants. | Case No. C 02 0702<br><br>**STIPULATION FOR DISMISSAL OF CLYDE GIBB AND ORDER THEREON** |

### STIPULATION

It is hereby stipulated by and between the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (the "Port") and Clyde R. Gibb that all claims between them in this action shall be dismissed with prejudice, in accordance with the settlement agreement between the Port and Clyde R. Gibb. Each party shall bear its own fees and costs. This dismissal does not affect any claims that the Port has or may have against any parties

1  other than Clyde R. Gibb.

2  Dated: December 22, 2005                    WENDEL, ROSEN, BLACK & DEAN, LLP

3
4                                              By: _____
5                                                  Christine K. Noma
                                                   Greggory C. Brandt
6                                                  Attorneys for Plaintiff
                                                   THE CITY OF OAKLAND, a municipal
7                                                  corporation, acting by and through its
                                                   Board of Port Commissioners
8
9  Dated: December ___, 2005                   MILLER, STARR & REGALIA

10
11                                             By:_____
                                                  Mark A. Cameron
12                                                Attorneys for Defendant
                                                  CLYDE GIBB
13
14                                             **ORDER**
15       IT IS SO ORDERED.
16  Dated: _____
17
18                                             _____
                                               United States District Court Judge
19
...
28

1 | other than Clyde R. Gibb.

2 | Dated: December ___, 2005　　　　WENDEL, ROSEN, BLACK & DEAN, LLP

4 | By:_____
5 | Christine K. Noma
　　Greggory C. Brandt
　　Attorneys for Plaintiff
6 | THE CITY OF OAKLAND, a municipal
　　corporation, acting by and through its
7 | Board of Port Commissioners

9 | Dated: December 22, 2005　　　　MILLER, STARR & REGALIA

11 | By:_____
　　Mark A. Cameron
　　Attorneys for Defendant
12 | CLYDE GIBB

**ORDER**

15 | IT IS SO ORDERED.

16 | Dated: December 27, 2005

_____
United States District Court Judge

- 2 -

C:\Documents and Settings\mac\Local Settings\Temporary Internet Files\OLKE7d5045_1.DOCSTIPULATION FOR DISMISSAL OF