```
 1  Christine K. Noma (Bar No. 104751)
    Greggory C. Brandt (Bar No. 189487)
 2  WENDEL, ROSEN, BLACK & DEAN, LLP
    1111 Broadway, 24th Floor
 3  Oakland, CA  94607-4036
    Telephone:  (510) 834-6600
 4  Fax:  (510) 834-1928

 5  Attorneys for Plaintiff
    THE CITY OF OAKLAND, a municipal
 6  corporation, acting by and through its Board of Port
    Commissioners
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF OAKLAND, a municipal corporation, acting by and through its Board of Port Commissioners, <br><br>    Plaintiff, <br><br> vs. <br><br> MARDECO, INC., a California Corporation; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; T.P. HOGAN, individually and dba T.P. HOGAN LUMBER COMPANY; TILDEN LUMBER COMPANY; OAKLAND VILLAGE CORPORATION; SPECIALTY RESTAURANTS CORPORATION; CLYDE R. GIBB; DOES 2-50, inclusive, <br><br>    Defendants. | Case No.  C 02 0702 <br><br> **STIPULATION FOR DISMISSAL OF MARDECO, INC. AND ORDER THEREON** |

### STIPULATION

It is hereby stipulated by and between the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (the "Port") and Mardeco, Inc. that all claims between them in this action shall be dismissed with prejudice, in accordance with the settlement agreement between the Port and Mardeco, Inc.  Each party shall bear its own fees and costs.  This dismissal does not affect any claims that the Port has or may have against any parties

other than Mardeco, Inc.

Dated: December 29, 2005

WENDEL, ROSEN, BLACK & DEAN, LLP

By: /s/ _____
    Christine K. Noma
    Greggory C. Brandt
    Attorneys for Plaintiff
    THE CITY OF OAKLAND, a municipal
    corporation, acting by and through its
    Board of Port Commissioners

Dated: December 28, 2005

WALSWORTH, FRANKLIN, BEVINS & MCCALL

By: /s/ _____
    Randall J. Lee
    Attorneys for Defendant
    MARDECO, INC.

**ORDER**

IT IS SO ORDERED.

Dated: December 30, 2005

_[signature]_
_____
United States District Court Judge

*STIPULATION FOR DISMISSAL OF MARDECO, INC. AND ORDER THEREON*
*CASE NO. C 02 0702*

- 2 -