IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>    Plaintiff,<br><br>  v.<br><br>MARDECO, INC., et al.,<br><br>    Defendants                    / | No. C-02-0702 MMC<br><br>**ORDER DIRECTING COUNSEL FOR CITY OF OAKLAND AND COUNTY OF ALAMEDA TO APPEAR AT CASE MANAGEMENT CONFERENCE** |

By order filed October 12, 2005, the Court scheduled a case management conference for January 20, 2006, and ordered all parties remaining in the case as of January 13, 2006 to file a joint case management conference statement by January 13, 2006.

The remaining parties as of January 13, 2006 are plaintiff City of Oakland ("City"), defendant and third-party plaintiff Union Pacific Railroad Company ("UP") and third-party defendant County of Alameda ("County"). On January 12, 2006, the City filed a unilateral case management conference statement, requesting therein that the Court order the County's "insurance carriers," which are not identified by the City, to appear at the case management conference and explain why they have not provided the County with the funds necessary to meet the County's obligations pursuant to a settlement agreement entered by the above-referenced parties.

Given the absence of a completed settlement of the action, the Court hereby ORDERS counsel for both the City and the County to appear at the January 20, 2006 case management conference.

**IT IS SO ORDERED.**

Dated: January 17, 2006

MAXINE M. CHESNEY
United States District Judge

2