1 | MARIE A. LA SALA (SBN: 144865)
2 | DENISE M. SERINO (SBN: 187432)
**BACALSKI & OTTOSON**
3 | 402 West Broadway, 24th Floor
Post Office Box 120270
4 | San Diego, California 92112-0270
TEL: (619) 239-4340
5 | FAX: (619) 239-0116

6 | Attorneys for Third Party Defendant
County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF OAKLAND, a municipal corporation, acting by and through its Board of Port Commissioners,<br><br>Plaintiff,<br><br>vs.<br><br>MARDECO, INC., a California Corporation; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; T.P. HOGAN, individually and dba T.P. HOGAN LUMBER COMPANY; TILDEN LUMBER COMPANY; OAKLAND VILLAGE CORPORATION; SPECIALTY RESTAURANTS CORPORATION; CLYDE R. GIBB; DOES 2-50, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. C 02 0702 MMC<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER RESCHEDULING FEBRUARY 17, 2006, CASE MANAGEMENT CONFERENCE**<br><br>Date:     February 17, 2006<br>Time:    10:30 a.m.<br>Judge:   Maxine M. Chesney |

WHEREAS, the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (the "Port"), Union Pacific Railroad Company ("UP") and the County of Alameda ("County") have agreed to and signed a written settlement agreement and

*STIPULATION AND PROPOSED ORDER*
*RESCHEDULING CASE MANAGEMENT CONFERENCE*
*Case No. C 02 0702 MMC*

1  with the exception of one $15,000 settlement payment due from the County, all settlement funds
2  have been exchanged.
3        NOW, THEREFORE, the undersigned parties hereby request that the court postpone the
4  case management conference in this matter until Friday, March 3, 2006, at 10:30 a.m. to allow the
5  County time to secure the last $15,000 settlement payment due to the Port from the County's
6  insurance carriers.

7  Dated: Feb. ___, 2006                    WENDEL, ROSEN, BLACK & DEAN, LLP

9                                           By:_____
10                                              Christine K. Noma
                                                Greggory C. Brandt
11                                              Attorneys for Plaintiff and Counter-
                                                Defendant THE CITY OF OAKLAND, a
12                                              municipal corporation, acting by and
                                                through its Board of Port Commissioners
                                             HOLME ROBERTS & OWEN LLP
13  Dated: Feb. 15, 2006

14                                           By:_____
15                                              Kenneth W. Lund
                                                Attorneys for Defendant, Counter-Claimant
16                                              and Third Party Plaintiff UNION PACIFIC
                                                RAILROAD COMPANY
17
18  Dated: Feb. 14, 2006                     BACALSKI & OTTOSON

20                                           By:_____
                                                Denise M. Serino
21                                              Attorneys for Third Party Defendant
                                                COUNTY OF ALAMEDA
22
23                                          **ORDER**
24        IT IS HEREBY ORDERED that the case management conference currently on calendar
25  for Friday, February 17, 2006, will be vacated and rescheduled for Friday, March 3, 2006, at
26  10:30 a.m. in Courtroom 7.
27  Dated:_____
28                                                Maxine M. Chesney, U.S. District Court Judge

*STIPULATION AND PROPOSED ORDER*
*RESCHEDULING CASE MANAGEMENT CONFERENCE*    - 2 -
*Case No. C 02 0702 MMC*

1  with the exception of one $15,000 settlement payment due from the County, all settlement funds
2  have been exchanged.
3      NOW, THEREFORE, the undersigned parties hereby request that the court postpone the
4  case management conference in this matter until Friday, March 3, 2006, at 10:30 a.m. to allow the
5  County time to secure the last $15,000 settlement payment due to the Port from the County's
6  insurance carriers.

Dated: Feb. 14, 2006                    WENDEL, ROSEN, BLACK & DEAN, LLP

                                        By: _____
                                        Christine K. Noma
                                        Greggory C. Brandt
                                        Attorneys for Plaintiff and Counter-
                                        Defendant THE CITY OF OAKLAND, a
                                        municipal corporation, acting by and
                                        through its Board of Port Commissioners

Dated: Feb. ___, 2006                   HOLME ROBERTS & OWEN LLP


                                        By: _____
                                        Kenneth W. Lund
                                        Attorneys for Defendant, Counter-Claimant
                                        and Third Party Plaintiff UNION PACIFIC
                                        RAILROAD COMPANY

Dated: Feb. 14, 2006                    BACALSKI & OTTOSON



                                        By: _____
                                        Denise M. Serino
                                        Attorneys for Third Party Defendant
                                        COUNTY OF ALAMEDA


## ORDER

IT IS HEREBY ORDERED that the case management conference currently on calendar for Friday, February 17, 2006, will be vacated and rescheduled for Friday, March 3, 2006, at 10:30 a.m. in Courtroom 7. A joint statement shall be filed no later than February 24, 2006.

Dated: February 15, 2006                _____
                                        Maxine M. Chesney, U.S. District Court Judge

STIPULATION AND PROPOSED ORDER
RESCHEDULING CASE MANAGEMENT CONFERENCE    - 2 -
Case No. C 02 0702 MMC