1   A. Daniel Bacalski, Jr.  (SBN 56488)
    Vasko R. Mitzev  (SBN 213973)
2   **BACALSKI & OTTOSON, LLP**
    402 West Broadway, 24th Floor
3   Post Office Box 120270
    San Diego, CA  92112-0270
4   (619) 239-4340 / FAX: (619) 239-0116

5   Attorneys for Third Party Defendant
6   COUNTY OF ALAMEDA

7                    **UNITED STATES DISTRICT COURT**

8        **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

9

10  THE CITY OF OAKLAND, a municipal            ) Case No.  C 02 0702 MMC
    corporation, acting by and through its Board )
11  of Port Commissioners,                      )
                                                 ) **STIPULATION AND ~~PROPOSED~~ ORDER**
12                    Plaintiff,                 ) **RESCHEDULING MARCH 3, 2006 CASE**
                                                 ) **MANAGEMENT CONFERENCE**
13                                               )
           vs.                                   )
14                                               ) Date:      March 3, 2006
15  MARDECO, INC., a California Corporation;     ) Time:      10:30 a.m.
    UNION PACIFIC RAILROAD COMPANY, a            ) Judge:     Maxine M. Chesney
16  Delaware Corporation; T.P. HOGAN,            )
    individually and dba T.P. HOGAN LUMBER       )
17  COMPANY; TILDEN LUMBER COMPANY;              )
    OAKLAND VILLAGE CORPORATION;                 )
18  SPECIALITY RESTAURANTS                       )
    CORPORATION; CLYDE R. GIBB; and              )
19  DOES 2-50, inclusive,                        )
                                                 )
20                    Defendants.                )
                                                 )
21  _____     )
                                                 )
22  AND RELATED CROSS-ACTIONS.                   )
                                                 )
23  _____     )

24          WHEREAS, the City of Oakland, a municipal corporation, acting by and through its Board

25  of Port Commissioners (the "Port"), Union Pacific Railroad Company ("UP") and the County of

26  Alameda ("County") have agreed to and signed a written settlement agreement and with the

27  exception of one $15,000.00 settlement payment due from the County, all settlement funds have

28  been exchanged.

1    NOW, THEREFORE, the undersigned parties hereby request that the court postpone the

2  case management conference in this matter until Friday, March 17, 2006, at 10:30 a.m. to allow

3  the County time to secure the last $15,000.00 settlement payment due to the Port from the

4  County's insurance carriers.

5  Dated: March 2, 2006                    **WENDEL, ROSEN, BLACK & DEAN, LLP**

6                                          By: _____

7                                          Christine K. Noma

8                                          Gregory C. Brandt
                                           Attorneys for Plaintiff and Counter-
9                                          Defendant THE CITY OF OAKLAND, a
                                           municipal corporation, acting by and
10                                         through its Board of Port Commissioners

11

12  Dated: March ____, 2006                **HOLME ROBERTS & OWEN LLP**

13

14                                         By: _____
                                           Michelle Younkin
15                                         Attorneys for Defendant, Counter-Claimant
                                           And Third Party Plaintiff UNION PACIFIC
16                                         RAILROAD COMPANY

17  Dated: March 2, 2006                   **BACALSKI & OTTOSON, LLP**

18

19                                         By: _____

20                                         A. Daniel Bacalski
                                           Vasko R. Mitzev
21                                         Attorneys for Third Party Defendant
                                           COUNTY OF ALAMEDA
22

23                                         **ORDER**

24    IT IS HEREBY ORDERD that the case management conference currently on calendar for

25  Friday, March 3, 2006, will be vacated and rescheduled for Friday, March 17, 2006, at 10:30

26  a.m. in Courtroom 7.

27

28  Dated: _____        _____
                                          Maxine M. Chesney, U.S. District Court Judge

*STIPULATION AND PROPOSED ORDER*
*RESCHEDULING CASE MANAGEMENT CONFERENCE*        -1-
*Case No. C 02 0702 MMC*

1     NOW, THEREFORE, the undersigned parties hereby request that the court postpone the

2   case management conference in this matter until Friday, March 17, 2006, at 10:30 a.m. to allow

3   the County time to secure the last $15,000.00 settlement payment due to the Port from the

4   County's insurance carriers.

5   Dated: March ____, 2006                    **WENDEL, ROSEN, BLACK & DEAN, LLP**

6

7                                             By: _____

8                                                 Christine K. Noma
                                                  Greggory C. Brandt
9                                                 Attorneys for Plaintiff and Counter-
                                                  Defendant THE CITY OF OAKLAND, a
10                                                municipal corporation, acting by and
                                                  through its Board of Port Commissioners
11

12  Dated: March _2_, 2006                    **HOLME ROBERTS & OWEN LLP**

13
                                             By: _____
14                                               Michelle Younkin
15                                               Attorneys for Defendant, Counter-Claimant
                                                 And Third Party Plaintiff UNION PACIFIC
16                                               RAILROAD COMPANY

17  Dated: March _2_, 2006                    **BACALSKI & OTTOSON, LLP**
18
                                             By: _____
19
20                                               A. Daniel Bacalski
                                                 Vasko R. Mitzev
21                                               Attorneys for Third Party Defendant
                                                 COUNTY OF ALAMEDA
22

23                                       **ORDER**

24     IT IS HEREBY ORDERD that the case management conference currently on calendar for

25  Friday, March 3, 2006, will be vacated and rescheduled for Friday, March 17, 2006, at 10:30

26  a.m. in Courtroom 7.   A joint statement shall be filed no later than March 10, 2006.

27
                                             _____
28  Dated: ___March 3, 2006_____             Maxine M. Chesney, U.S. District Court Judge

*STIPULATION AND PROPOSED ORDER*
*RESCHEDULING CASE MANAGEMENT CONFERENCE*        -1-
*Case No. C 02 0702 MMC*