```
A. Daniel Bacalski, Jr. (SBN 56488)
Vasko R. Mitzev (SBN 213973)
BACALSKI & OTTOSON, LLP
402 West Broadway, 24th Floor
Post Office Box 120270
San Diego, CA 92112-0270
(619) 239-4340 / FAX: (619) 239-0116
```

Attorneys for Third Party Defendant
COUNTY OF ALAMEDA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF OAKLAND, a municipal corporation, acting by and through its Board of Port Commissioners,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MARDECO, INC., a California Corporation; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; T.P. HOGAN, individually and dba T.P. HOGAN LUMBER COMPANY; TILDEN LUMBER COMPANY; OAKLAND VILLAGE CORPORATION; SPECIALITY RESTAURANTS CORPORATION; CLYDE R. GIBB; and DOES 2-50, inclusive,<br><br>　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. C 02 0702 MMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RESCHEDULING MARCH 17, 2006 CASE MANAGEMENT CONFERENCE**<br><br>Date:　　March 17, 2006<br>Time:　　10:30 a.m.<br>Judge:　　Hon. Maxine M. Chesney |

　　　　WHEREAS, the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (the "Port"), Union Pacific Railroad Company and the County of Alameda ("County") have agreed to and signed a written settlement agreement and with the exception of one $15,000.00 settlement payment due from the County, all settlement funds have been exchanged.

Completion of the settlement is awaiting receipt of a check for the settlement amount from the insurance carrier for the County. The insurance carrier's in-house counsel and management requested changes to the release and are currently reviewing the final draft revision. After they approve and sign same, the check will be issued and sent to Bacalski & Ottoson to be distributed to the City of Oakland. The insurance carrier for the County has already received the exact payee information for the Port of Oakland. The County expects its insurance carrier to sign the release and issue the $15,000 check within the next week.

NOW, THEREFORE, the undersigned parties hereby request that the court postpone the case management conference in this matter until Friday, March 31, 2006, at 10:30 a.m. to allow the County time to secure the last $15,000.00 settlement payment due to the Port from the County's insurance carriers.

Dated: March 15, 2006

WENDEL, ROSEN, BLACK & DEAN, LLP

By: _____
Greggory C. Brandt
Attorneys for Plaintiff and Counter-Defendant THE CITY OF OAKLAND, a municipal corporation, acting by and through its Board of Port Commissioners

Dated: March 15, 2006

BACALSKI & OTTOSON, LLP

By: _____
A. Daniel Bacalski
Vasko R. Mitzev
Attorneys for Third Party Defendant
COUNTY OF ALAMEDA

## ORDER

IT IS HEREBY ORDERD that the case management conference currently on calendar for Friday, March 17, 2006, will be vacated and rescheduled for Friday, March 31, 2006, at 10:30 a.m. in Courtroom 7. A joint case management statement shall be filed no later than March 28, 2006.

Dated: March 16, 2006

_____
Maxine M. Chesney, U.S. District Court Judge

*STIPULATION AND PROPOSED ORDER*
*RESCHEDULING CASE MANAGEMENT CONFERENCE*   -1-
*Case No. C 02 0702 MMC*